*In re* **Miller**, Darren Keith (MR 18278)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed. Respondent Darren Keith Miller is censured and required to complete the professionalism seminar of the Illinois Professional Responsibility Institute within one year of entry of this order.

*In re* **Nagorsky**, Mitchell Robert (MR 18159)
Chicago, IL

Order of the Court:

The motion by Mitchell Robert Nagorsky to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.